UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

REGINALD JOHNSON,

    Plaintiff,

v.

Case No. 06-15226
Hon. Sean F. Cox

CITY OF DETROIT POLICE
OFFICER JUSTIN LYONS, and CITY
OF DETROIT POLICE OFFICER
SHAWN PAWLUS,

    Defendants.

_____

### ORDER FOR ALTERNATE SERVICE

This matter is before the Court on Plaintiff's *Ex Parte* Motion for alternate service. The Court having reviewed same and being otherwise fully advised in the premises;

**IT IS HEREBY ORDERED AND ADJUDGED** that Plaintiffs *Ex Parte* Motion for Alternate Service is Granted and Plaintiff shall serve Defendant Kern by First Class Registered Mail at the Wayne County Airport Authority with a copy of the Order, Summons, and Complaint sent by First Class Mail to the Wayne County Airport Legal Department and the Wayne County Corporation Counsel.

**IT IS SO ORDERED.**

S/Sean F. Cox
Sean F. Cox
United States District Judge

Dated: December 20, 2006

I hereby certify that a copy of the foregoing document was served upon counsel of record on December 20, 2006, by electronic and/or ordinary mail.

S/Timilyn M. Katsaros
Administrative Assistant

1